1  SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH MONTGOMERY,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION an FDIC insured corporation and does 1 through 100, inclusive,<br><br>    Defendant. | Case No. 3:12-cv-03938-MEJ<br><br>[PROPOSED] ORDER CLOSING CASE AS DUPLICATIVE AND GRANTING REFUND OF CIVIL FILING FEE<br><br>[Filed concurrently with Request to Close Case as Duplicative]<br><br>Judge:   Hon. Maria-Elena James<br><br>Action Filed:   July 26, 2012 |

In light of the fact that this case was opened erroneously – as a result of the opening papers removing to federal court the case entitled *Montgomery v. Wells Fargo Bank National Association et al.*, Alameda County Superior Court Case Number HG12637438 being filed twice – the Court grants Wells Fargo's request to (1) close as duplicative U.S. District Court, Northern District of California, San Francisco Division, case number 3:12-cv-03938-MEJ and (2) refund the associated filing fees to Wells Fargo.

IT IS SO ORDERED.

DATED: ____August 2_____, 2012

_____
HON. MAGISTRATE MARIA-ELENA JAMES